# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2022 KW 0339

VERSUS

ANDREW D. WETZEL                                        **JUNE 21, 2022**

---

In Re:   Andrew D. Wetzel, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         472,552.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.** There is no pending written motion to reconsider sentence in the record. Defense counsel's objection to relator's habitual offender sentence did not constitute an oral motion to reconsider sentence as contemplated by La. Code Crim. P. art. 881.1(B). Furthermore, relator's habitual offender sentence was affirmed on appeal.

                          **VGW**
                          **JMG**
                          **EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.S____
DEPUTY CLERK OF COURT
     FOR THE COURT